Case 1:23-cv-00754-RTH   Document 20   Filed 05/23/22   Page 1 of 3

FILED
May 20, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __Michael Trujillo__
DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF EL PASO, TEXAS
# DIVISION

ANGEL D. WALKER                                                         CASE NUMBER 3:21-cv-198

PLAINTIFF

V.

CHRISTINE WORMUTH, Secretary,
DEPARTMENT OF THE ARMY AGENCY

DEFENDANT(S)

## MOTION FOR PRO SE WITHOUT A ATTORNEY

Now comes , Angel D. Walker

Plaintiff *pro se*, and requests the Court to: Please have mercy, I don't fully understand federal and state laws that are governed by court rules. It is my belief one should never have a great idea to represent themself in court without years of proper training. Overall it's a particularly bad idea without lack of courtroom experience. We are not talking about a traffic ticket, this is generally risking time and money to pay an attorney of no fault of my own. Although I am exhausted from endlessly calling lawyers or attorneys to represent me, no one is willing to take my case due to the misconduct of my first attorney who was disbarred. I have a true healthy fear of anxiety that I would make self-incriminating statements. The defendant attorney's are trained to strategically

ask questions to get the answers they want from a plaintiff. Without a lawyer representing me, I may unknowingly surrender to the attorney's incriminating tactics elaborating on things that could hurt this case.

My true belief is that it is not reasonable to represent myself for lack of courtroom experience. I also asked if the court is willing to dismiss my case without prejudice to be instituted at a later time until I have proper representation.

On May 18, 2022, If it pleases the court as the plaintiff, I am pleading for a request a delay in case processing so that I can stabilize the unexpected circumstances that brought on upsetting stressful life events, such as family bereavement, physical and mental illness, and money worries due to being jobless. With the dismissal of one of my cases has completely exacerbated my physical and mental medical health issues. I am requesting to seek assistance before moving forward without any uncontrolled mental health stressors due to my previous cases which include the MSPB and Western District Civil court case. I'm requesting time to focus on a potential disability relief of my Social Security Disability retirement appeal in June 2022, after being denied in 2021. If the court Judge and defendant(s) have no objection to this request.

I am requesting a dismissal without prejudice is being committed to the sound discretion of the court Judge who may dismiss this matter in the interest of fairness, due process, and financial hardship. After having to temporarily relocate with other family members out-of-state due to financial hardship. I pray that the court Judge defendants'attorney find that a dismissal without prejudice may be appropriate, under the circumstances of this case. If granted woul be subject to refiling within 180 days from my original reply date of May 19, 2022. This is not an attempt to

delay or prolong the proceedings of this case. It is a plea in good faith to seek true representation and seek mental health assistance.

If permitted and pleases the court, I will provide written proof to show transparency of supported documents with my above statements in regard to this case.

 I am truly at the mercy of the court.

Date: May18, 2020

Signature *Angel D Walker*

Address: 4756 Robert Acosta Dr El Paso, Texas 79934

  Phone: (915) 240-9908

50

**Rev. Ed. October 26, 2017**